IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
00 SEP 26 PM 2:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| CITY OF TUSCALOOSA; MUNICIPAL UTILITIES ) <br> BOARD OF ALBERTVILLE; THE WATER WORKS ) <br> AND SEWER BOARD OF THE CITY OF ) <br> BIRMINGHAM; WATER WORKS & SEWER BOARD ) <br> OF THE CITY OF CENTRE; THE CITY OF ) <br> DOTHAN, a municipal corporation; THE ) <br> WATER WORKS AND SEWER BOARD OF THE CITY ) <br> OF GADSDEN; THE UTILITIES BOARD OF THE ) <br> CITY OF GULF SHORES; THE CITY OF ) <br> HUNTSVILLE WATER WORKS UTILITY BOARD; ) <br> THE WATER WORKS BOARD OF THE CITY OF ) <br> LEEDS; THE BOARD OF WATER AND SEWER ) <br> COMMISSIONERS OF THE CITY OF MOBILE; ) <br> THE BOARD OF WATER & SEWER COMMISSIONERS) <br> OF THE CITY OF SARALAND; CITY OF ) <br> SHEFFIELD; CITY OF VERNON WATER AND ) <br> SEWER BOARD; CITY OF PHENIX CITY; THE ) <br> CITY OF ALEXANDER CITY; THE WATER WORKS ) <br> BOARD OF THE CITY OF ARAB; BAKER HILL ) <br> WATER AUTHORITY; CALHOUN COUNTY WATER ) <br> AND FIRE PROTECTION AUTHORITY; DALLAS ) <br> COUNTY WATER AND SEWER AUTHORITY; ) <br> CENTRAL ELMORE WATER AUTHORITY; CITY OF ) <br> FAIRHOPE; GENEVA WATER WORKS AND SEWER ) <br> BOARD; THE WATER WORKS AND SEWER BOARD ) <br> OF THE CITY OF GREENVILLE; TOWN OF ) <br> HAYNEVILLE; JEFFERSON COUNTY, ALABAMA; ) <br> THE UTILITIES BOARD OF THE CITY OF ) <br> MUSCLE SHOALS; NORTH EAST MORGAN COUNTY ) <br> WATER AND FIRE PROTECTION AUTHORITY; ) <br> PERDIDO BAY WATER, SEWER, AND FIRE ) <br> PROTECTION DISTRICT; THE WATER WORKS, ) <br> SEWER AND GAS BOARD OF THE CITY OF ) <br> SCOTTSBORO; UTILITIES BOARD OF THE TOWN ) <br> OF CITRONELLE d/b/a SOUTH ALABAMA ) | CIVIL ACTION <br><br> NO. 92-G-1614-S <br><br> ENTERED <br> SEP 26 2000 |

277

```
UTILITIES; THE WATER AND SEWER BOARD OF  )
THE CITY OF TALLADEGA; TRI-COMMUNITY      )
WATER SYSTEM; THE WATERWORKS AND SEWER    )
BOARD OF THE CITY OF PRITCHARD; AND       )
THE WATERWORKS AND SEWER BOARD OF THE     )
TOWN OF WESTOVER,                         )
                                          )
          Plaintiffs,                     )
                                          )
AUBURN WATER WORKS BOARD; JASPER WATER    )
WORKS AND SEWER BOARD, INC.; OPELIKA      )
WATER WORKS BOARD; THE WATER WORKS AND    )
SANITARY SEWER BOARD FOR THE CITY OF      )
MONTGOMERY; and THE WATER WORKS AND       )   92-G-1614-S
SEWER BOARD OF THE CITY OF SELMA,         )
                                          )
          Plaintiff Intervenors,          )
                                          )
     v.                                   )
                                          )
                                          )
HARCROS CHEMICALS, INC.; JONES            )
CHEMICALS, INC.; VAN WATERS & ROGERS,     )
INC.; PB&S CHEMICAL CO., INC.; and        )
INDUSTRIAL CHEMICALS,                     )
INC.,                                     )
                                          )
          Defendants.                     )
```

## ORDER

It is hereby ORDERED that the hearing set for 10:00 a.m. September 27, 2000, be CONTINUED until October 12, 2000, at 10:00 a.m.

DONE and ORDERED this 26th day of September 2000.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.

2